UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

JENNIFER HALL,

      Plaintiff,

-vs-

JOHN E. RUDNIK, DDS, P.A.,
and JOHN E. RUDNIK, individually,

      Defendant.

_____

## COMPLAINT

Plaintiff JENNIFER HALL ("Plaintiff") , individually, by and through undersigned counsel brings this action and complaint for damages and demands a jury trial against Defendants JOHN E. RUDNIK, DDS, P.A. and JOHN E. RUDNIK, individually (collectively "Defendants"), and alleges as follows:

### Jurisdiction and Venue

1. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C 1331 because this suit is based on claims made under the Fair Labor Standards Act ("FLSA"), 29 U.S.C 201, et seq. Jurisdiction is further conferred upon this Court by 28 U.S.C 1337. Supplemental jurisdiction over Plaintiff's claims under Florida law is conferred by 28 USC 1367.

2. Venue is proper in this Court under 28 U.S.C 1331(a) and (b) because "a substantial part of the events or omissions giving rise to the claim" occurred within the Southern District of Florida.

### Parties

-1-

3.      Plaintiff is a resident of the State of Florida and is otherwise *sui juris*.

4.      Plaintiff was formerly employed by and worked for Defendants as a Dental Assistant in the Southern District of Florida.

5.      Defendant JOHN E. RUDNIK, DDS, P.A. is a Florida corporation which maintains its principal place of business in Ft. Lauderdale, Florida.

6.      JOHN E. RUDNIK, DDS, P.A.'s business activities involve those to which the Fair Labor Standards Act applies.  JOHN E. RUDNIK, DDS, P.A.'s and its employee's duties affected interstate commerce for the time period relevant to this action.  Additionally and/or alternatively, JOHN E. RUDNIK, DDS, P.A. is an enterprise within the meaning of 29 U.S.C 203(s)(1).

7.      Defendant JOHN E. RUDNIK is a resident of the State of Florida and is otherwise *sui juris*.

### Statement of Facts

8.      Plaintiff was employed by JOHN E. RUDNIK, DDS, P.A. as a Dental Assistant from September 4, 2014 through August 4, 2016.  JOHN E. RUDNIK was also Plaintiff's employer as he was the "person acting directly or indirectly in the interest of an employer in relation to an employee" in connection with Plaintiff's employment with the corporation.  29 U.S.C. § 203(d).

9.      The Defendants supervised the Plaintiff directly and, at all times during her employment, retained complete control of the terms and conditions of Plaintiff's employment.

10.     During the term of her employment, the Plaintiff was paid at the rate of $22.00 to $23.50 per hour.

-3-

11.    During the course of her employment, the Defendants failed to pay overtime hours for the following years:

2016 - 27.15 hours

2015 - 44.30 hours

2014 - 45.20 hours

12.    During the course of her employment, the Defendants also failed to pay wages, seperate and distinct from the overtime hours, for the following years:

2016 - 7 hours

2015 - 7 hours.

13.    The Defendants did not pay the Plaintiff for all hours worked and did not pay the Plaintiff for overtime work.   As a result, the Defendants have violated the wage and hour provisions of FLSA and the unpaid wages statute under Florida law.

14.    The Defendants failure to pay overtime was a willfull violation of FLSA.

15.    All conditions precedent to the filing of this lawsuit have occurred or otherwise been waived.

16.    The Plaintiff retained the law offices of the undersigned attorneys to represent her in this action and isobligated to pay reasonable attorneys' fees and costs.

## COUNT I

### FEDERAL OVERTIME WAGE VIOLATION

The Plaintiff adopts and realleges the allegations contained in Paragraphs 1 through 16 as if fully set forth herein.

17.    This is a claim under the Fair Labor Standards Act.

18.     Defendants willfully and intentionally failed to provide Plaintiff, and the other employees similarly situated, with all of their straight time in addition to overtime wages for certain weeks wherein they worked in excess of forty (40) hours a week as required by the Fair Labor Standards Act.

19.     Plaintiff is entitled to recover his reasonable attorneys' fees and costs, from the Defendant pursuant to 29 U.S.C 216(b).

WHEREFORE, Plaintiff, JENNIFER HALL hereby demands judgment against Defendants JOHN E. RUDNIK, DDS, P.A. and JOHN  E. RUDNIK, for all unpaid straight time owing from the last three years, for all unpaid overtime wages for the last three years, for liquidated/double damages, for the award of statutory attorneys' fees, costs, pre-judgment interest, and for any and all other relief as this Honorable Court may find just and reasonable.

## COUNT II

### UNPAID WAGES

The Plaintiff adopts and realleges the allegations contained in Paragraphs 1 through 16 as if fully set forth herein.

20.     Plaintiff was contractually employed by Defendant JOHN E. RUDNIK, DDS, P.A. and pursuant to the terms of her employment was entitled to recieve wages for each and every hour she worked.

21.     Defendant JOHN E. RUDNIK, DDS, P.A. breached the terms of the employment agreement by failing to pay wages due and owing to the Plaintiff in years 2015 and 2016.

22.     As a direct and proximate result of the Defendants' failure to pay wages, the Plaintiff has suffered damages.

23.     Plaintiff is entitled to recover her reasonable attorneys' fees and costs, from the Defendant pursuant to Fl.Stat. 448.08

WHEREFORE, Plaintiff, JENNIFER HALL hereby demands judgment against Defendants JOHN E. RUDNIK, DDS, P.A. for all unpaid straight time owing, for the award of statutory attorneys' fees, costs, pre-judgment interest, and for any and all other relief as this Honorable Court may find just and reasonable.

## DEMAND FOR JURY TRIAL

The Plaintiff demands trial by jury on all issues so triable as a matter of right.

Respectfully submitted,

> BRUCE BOTSFORD, P.A.
> 1615 S.W. 2nd Avenue
> Ft. Lauderdale, Florida 33301
> Telephone: (954) 990-4213
> E-Mail: service@botsfordlegal.com
>            paralegal@botsfordlegal.com


> /s/  *Bruce Botsford*
> BRUCE BOTSFORD
> Florida Bar No. 31127